**Darryl Boyd ADKINS, Plaintiff–Appellant,**

**v.**

**Correctional Officer McDONALD, Correctional Officer White, Defendants–Appellees.**

No. 14–7879.

United States Court of Appeals, Fourth Circuit.

Submitted: April 23, 2015.

Decided: April 28, 2015.

Darryl Boyd Adkins, Appellant Pro Se.

Before SHEDD, DUNCAN, and THACKER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Darryl Boyd Adkins appeals the district court's order dismissing his 42 U.S.C. § 1983 (2012) complaint against Defendants after a 28 U.S.C. § 1915 (2012) review. We have reviewed the record and find no reversible error. Accordingly, we deny Adkins' motion for appointment of counsel and affirm for the reasons stated by the district court. *Adkins v. McDonald,* No. 5:14–ct–03144–F (E.D.N.C. Dec. 11, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the

160

materials before this court and argument would not aid the decisional process.

*AFFIRMED.*